Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
KEMA GROSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMA GROSS, | No.  1:23-CV-00857 (BAM) |
| Plaintiff, | |
| v. | **STIPULATION FOR BRIEFING EXTENSION; [PROPOSED] ORDER** |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On June 5, 2023, Plaintiff Kema Gross filed the instant civil action for judicial review of the defendant Commissioner of Social Security's decision denying her application for Social Security disability benefits. (ECF Doc. 1) The Defendant responded to Plaintiff's Complaint on August 1, 2023. (ECF Doc. 11) Plaintiff's motion for summary judgment is currently due to be filed on or before August 31, 2023. (ECF Doc. 5 at p.2:15-16)

STIPULATION FOR BRIEFING EXTENSION

Pursuant to the Court's Scheduling Order, the parties hereby stipulate that Plaintiff be granted a first-time 30-day extension of time – to on or before October 2, 2023 (as the 30th day falls on a weekend) -- for Plaintiff to file her Opening Brief. (ECF Doc. 5, at p.3: 17-19) Plaintiff's counsel requests the briefing extension due to unexpected travel and assistance to an elderly parent requiring a rescheduling of multiple filing deadlines. Plaintiff's counsel apologizes to the Court for any inconvenience caused by the extension request. The defendant has no objection to the requested extension.

Respectfully submitted,

Dated: August 25, 2023       NEWEL LAW
                         By: *Melissa Newel*
                             Melissa Newel
                             Attorney for Plaintiff
                             KEMA GROSS

Dated: August 25, 2023       PHILLIP A. TALBERT
                             United States Attorney
                             MATTHEW W. PILE
                             Associate General Counsel
                             Office of Program Litigation, Office 7

                         By: *Heidi L. Triesch**
                             HEIDI L. TRIESCH
                             Special Assistant United States Attorney
                             Attorney for Defendant
                             (*authorized by email dated 8/25/23*)

**ORDER**

Good cause having been shown, IT IS ORDERED that Plaintiff shall be granted a first-time extension of thirty (30) days to file her Opening Brief. The Opening Brief shall be filed on or before **October 2, 2023** and all deadlines are modified accordingly.

IT IS SO ORDERED.

Dated:   **August 28, 2023**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR BRIEFING EXTENSION