1 Melissa Newel (#148563)
2 NEWEL LAW
2625 Alcatraz Ave., Suite 132
3 Berkeley, CA  94705
(510) 316-3827
4 mnewel@newellawfirm.com

5 Attorney for Plaintiff
6 KEMA GROSS

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| KEMA GROSS, | No. 1:23-CV-00857 (BAM) |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR 30-DAY BRIEFING EXTENSION; [PROPOSED] ORDER** |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff Kema Gross filed the above-referenced Social Security disability appeal on June 5, 2023. (ECF Doc. 1) On August 1, 2023, the defendant Acting Commissioner of Social Security responded to Plaintiff's Complaint by lodging a copy of the administrative record. (ECF Doc. 11) Pursuant to the Court's Scheduling Order, the parties' stipulated to a first-time 30-day extension

1  for the filing of Plaintiff's Opening Brief. (ECF Doc. 13) Plaintiff's Opening Brief is currently
2  due to be filed on October 2, 2023. (ECF Doc. 14)
3        Plaintiff's counsel requests a second 30-day extension of time for the filing of the
4  Opening Brief to effectively advocate for Plaintiff. Plaintiff's counsel was not involved at the
5  administrative level and a close review of the administrative record concerning Plaintiff's medical
6  issues and vocational background is necessary and required. *See, Costa v. Comm'r of Soc. Sec.*
7  *Admin.*, 690 F.3d 1132, 1134 n. 1 (9th Cir. 2012) [noting "social security disability cases are often
8  highly fact-intensive and require careful review of the administrative record, including complex
9  medical evidence."] Plaintiff's counsel's recent unanticipated travel to assist an elderly parent
10 required several existing filing deadlines to be rescheduled resulting in multiple briefs due the
11 same day. Plaintiff's counsel apologizes to the Court for any inconvenience caused by the
12 extension request and is making all efforts to address the cases affected by counsel's time away
13 from the office. The defendant has no objection to Plaintiff's requested extension.

                                      Respectfully submitted,

Dated: September 25, 2023              NEWEL LAW

                                  By:  *Melissa Newel*
                                       Melissa Newel
                                       Attorney for Plaintiff
                                       KEMA GROSS

Dated: September 25, 2023              PHILLIP A. TALBERT
                                       United States Attorney
                                       MATTHEW W. PILE
                                       Associate General Counsel
                                       Office of Program Litigation, Office 7

                                By:  **Heidi L. Triesch***
                                       HEIDI L. TRIESCH
                                       (*Authorized by email dated 9/25/2023*)
                                       Special Assistant U.S. Attorney
                                       Attorneys for Defendant

**ORDER**

Good cause having been shown, IT IS ORDERED that Plaintiff shall be granted a further extension of thirty (30) days to file her Motion for Summary Judgment. The Motion for Summary Judgment shall now be filed on or before **November 1, 2023**, and all corresponding deadlines are modified accordingly.

IT IS SO ORDERED.

Dated:   **September 26, 2023**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE